/s/ *Michael E. Piston*
Lead Counsel for the Plaintiffs
Michael E. Piston (Post Hac Vice motion to be filed)
Attorney for the Plaintiffs
Immigration Law Office of Los Angeles, P.C.
New York Office
38-08 Union St., Suite 9A
Flushing, NY 11354
(646) 876-3772
Fx: 206-770-6350
michael@immigrationhelpla.com

/s/ *Arthur Minas*
Arthur Minas
Local Counsel for the Plaintiffs
3415 S. Sepulveda Blvd, Suite 570
Los Angeles, CA 90034
Phone: (310) 308-7485
Fax: (800) 628-5605
arthur@immigrationhelpla.com

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRIPALINK, CORP., a Delaware Corporation, and PENG ZHANG<br><br>Plaintiffs, | Case No.:<br><br>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION POSTPONING EFFECTIVENESS OF DENIAL |

1

| | |
|---|---|
| - against- | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>            Defendant. | |

Plaintiffs move the Court to exercise its authority under Rule 65 of the Federal Rules of Civil Procedure and 5 U.S.C. § 705 to issue injunctions preserving the status quo, to postpone the effectiveness of the decision in USCIS File No. IOE8337168762 denying Tripalink's petition to classify Peng Zhang as an H-1B nonimmigrant and changing his nonimmigrant status to H-1B, during the pendency of this action or until further order of this Court.

Plaintiffs rely upon their Statement of Specific Points of Law and Authorities concurrently filed herewith in making this motion.

Respectfully Submitted this 15th day of May, 2023

/s/ *Michael E. Piston*

Michael E. Piston
Lead Counsel for the Plaintiffs (Pro Hac Vice motion to be filed)
Immigration Law Office of Los Angeles, P.C.

New York Office
38-08 Union St., Suite 9A
Flushing, NY 11354
(646) 876-3772
Fx: 206-770-6350
michael@immigrationhelpla.com


*/s/ Arthur Minas*
Arthur Minas
Local Counsel for the Plaintiffs
3415 S. Sepulveda Blvd, Suite 570
Los Angeles, CA 90034
Phone: (310) 308-7485
Fax: (800) 628-5605
arthur@immigrationhelpla.com