# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRIPALINK, CORP., a Delaware Corporation, and PENG ZHANG<br><br>Plaintiffs,<br><br>- against-<br><br><br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No.<br><br>[PROPOSED] PRELIMINARY INJUNCTION POSTPONING EFFECTIVENESS OF DENIAL |

Inasmuch as the Court finds that plaintiffs are likely to succeed on the merits of their action, are likely to suffer irreparable harm in the absence of preliminary relief, and the balance of equities tips in their favor, therefore:

1

IT IS ORDERED: That the effectiveness of the decision in USCIS File No. IOE8337168762 denying Tripalink's petition to classify Peng Zhang as an H-1B nonimmigrant and changing his nonimmigrant status to H-1B is postponed during the pendency of this action or until further order of this Court. So long as this decision is postponed, Peng Zhang will be treated as having a pending application for change of status for all legal purposes.

_____
District Judge
Dated: