November 10, 2022

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
California Service Center
24000 Avila Road, 2nd Floor
Laguna Niguel, CA 92677-0590



**U.S. Citizenship
and Immigration
Services**

TRIPALINK CORP
c/o FEI PANG
LAW OFFICES OF FEI PANG
411 E HUNTINGTON DR, STE. 206
ARCADIA, CA 91006



IOE8337168762



A131-462-517

Form I-129, Petition for a Nonimmigrant Worker

## DECISION

On June 6, 2022, your organization, TRIPALINK CORP, filed a Form I-129, Petition for a
Nonimmigrant Worker (Form I-129), with U.S. Citizenship and Immigration Services (USCIS),
seeking to classify ZHANG, PENG (beneficiary) as a temporary worker in a specialty occupation
(H-1B) under section 101(a)(15)(H)(i)(b) of the Immigration and Nationality Act (INA).

Section 101(a)(15)(H)(i)(b) of the INA relates to a noncitizen:

> ...who is coming temporarily to the United States to perform services...in a specialty occupation
> described in section 214(i)(1)..., who meets the requirements for the occupation specified in
> section 214(i)(2)..., and with respect to whom the Secretary of Labor determines and certifies to
> the Attorney General that the intending employer has filed with the Secretary an application
> under 212(n)(1).

You seek new employment for the beneficiary and requested that USCIS change the beneficiary's
status.

You stated on the petition that you are a housing management company with 113 employees. You
seek to employ the beneficiary as an Architectural Designer.

In visa petition proceedings, the petitioner bears the burden of establishing eligibility for the benefits
sought. *Matter of Brantigan*, 11 I&N Dec. 493 (BIA 1966).

USCIS reviewed the initial record of evidence for eligibility in accordance with the INA; Title 8, Code
of Federal Regulations (8 CFR); and any other applicable statutes and regulations, and could not
determine whether you had established eligibility for the benefit sought. Accordingly, on August 15,
2022, USCIS issued to you a Request for Evidence (RFE). On November 2, 2022, USCIS received
your response.

In accordance with *Matter of Chawathe*, 25 I&N Dec. 369 (AAO 2010), USCIS has examined the
evidence of record for relevance, probative value, and credibility, both individually and within the
context of the totality of the evidence, and determined that you have not established eligibility for the
requested classification and any requested status by a preponderance of the evidence. A detailed
discussion of the grounds for denial and the related evidence follows.

*USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.*

## Labor Condition Application - Occupation

The only issue to be discussed is whether you have submitted a certified Labor Condition Application (LCA) for the occupational classification in which the beneficiary will be employed.

Section 212(n)(1)(D) of the INA states that a noncitizen may not be admitted or provided status as an H-1B nonimmigrant in an occupational classification unless the employer has filed with the U.S. Secretary of Labor an application stating the following:

> The application shall contain a specification of the number of workers sought, the occupational classification in which the workers will be employed, and wage rate and conditions under which they will be employed.

Moreover, 8 CFR 214.2(h)(4)(i)(B)(1) states:

> Before filing a petition for H-1B classification in a specialty occupation, the petitioner shall obtain a certification from the Department of Labor that it has filed a labor condition application in the occupational specialty in which the alien(s) will be employed.

Title 20, Code of Federal Regulations (20 CFR), section 655.705(b) states in pertinent part:

> ...DHS accepts the employer's petition (DHS Form I-129) with the DOL-certified LCA attached. In doing so, the DHS determines whether the petition is supported by an LCA which corresponds with the petition, whether the occupation named in the labor condition application is a specialty occupation or whether the individual is a fashion model of distinguished merit and ability, and whether the qualifications of the nonimmigrant meet the statutory requirements for H-1B visa classification.



As explained in *Matter of Simeio Solutions, LLC,* 26 I&N Dec. 542 (AAO 2015), USCIS must determine whether the attestations and content of the LCA properly correspond to and support the H-1B petition.

As indicated above, USCIS informed you in a notice that you did not demonstrate that you have submitted a certified LCA for the occupational classification in which the beneficiary will be employed. You were requested to submit evidence showing that you met this eligibility requirement.

Following your response, the record contains the following evidence related to the LCA eligibility requirement:

- A description of the beneficiary's duties;
- A certified LCA;
- Information about your organization;
- Your attorney's letter in response to the RFE;
- A letter, dated October 24, 2022, signed by your HR Director;
- Samples of the beneficiary's work product;
- An opinion letter from Michael English, a professor at University of Minnesota; and
- An opinion letter from Winston Chang, owner of Next Architecture.

You have not established that you have submitted a certified LCA for the occupational classification in which the beneficiary will be employed.

You indicate that the beneficiary will be employed as an Architectural Designer. Additionally, you described the duties of the position as:

- Project Schematic Layout Design 50%

    - Research local zoning rules and compliance regulations to ensure that schematic layout design and blueprints meet the required codes and legal standards and keep up to date with the latest legal requirements and changes in compliance standards;

    - Prepare information regarding design, structural specifications, materials selection, estimated costs, and construction timeline to support our company management and analysis team to generate project business model;

    - Research and propose co-living design options and ideas and collaborate with design team members to achieve the best possible layouts that emphasize privacy, functionality, easy access to community experience, and environmental consciousness for our co-living housing products; Use Auto CAD and Revit to create drawings of floor plan, site plan, roof plan, and 3D model of our co-living structures;

    - Present the design options to senior management and have internal meetings to determine the best options, modify and update designs based on review comments and finalize the schematic design layout;

    - Research and update existing design techniques, building construction methods, and materials with respect to latest design trends Manage and execute design development and permitting process in a timely manner.

- Project Exterior Design 30%

    - Use Revit, Rhino, and other software to make 3D detailed model of the building facade to showcase the co-living concepts and functions;

    - Research and explore the use of new materials, technologies, and products to incorporate into the exterior design and determine the material and color of the building exterior to highlight Tripalink co-living grand image;

    - Use Adobe Suite and other software to graphically design the perspective view of the building exterior and present to the management team;

- Project Interior Design 20%

    - Research and determine co-living interior design factors such as space planning, layout, use of furniture, and color coordination;

    - Use Auto CAD, Revit to design the interior layout of co-living project including its common place to display the co-living concept;

    - Research and select artwork, accessories, carpeting, fixtures, draperies, paint and wall coverings, and related items for co-living interior design and estimate the cost for management review;



USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

- Use Adobe Suite and other software to graphically design the perspective view of the interior and present to the management team.

You provided an LCA that is certified for the occupational classification of "Designers, All Other," with a Level I wage designation. However, the Department of Labor O*NET OnLine ("O*NET") does not provide a summary report for this occupational classification. In fact, the O*NET states that the "All Other titles represent occupations with a wide range of characteristics which do not fit into one of the detailed O*NET-SOC occupations. O*NET data is not available for this type of title." *See* https://www.onetonline.org/link/custom/27-1029.00 (last visited November 10, 2022). As such, it is unclear as to what specific duties or characteristics relate to the Designers, All Other occupational classification that you have selected for the LCA that you submitted to support the current petition.

In response to the RFE, your attorney indicated that "the proffered position Architectural Designer is properly classified as Designer and corresponds with the certified LCA title Designers, All Other, SOC code 27-1029" and referred to evidence you submitted with the RFE response such as the letters from your HR Director, Professor Michael English, and Winston Chang.

The letter from your HR Director elaborated on the duties of the proffered position. It listed the skills and competencies required for each of the listed duties as well as the beneficiary's related coursework. The letter also provided samples of the beneficiary's work product for each of the duties. As such, the letter addressed and provided detailed information in order to establish the proffered position is a specialty occupation. However, the letter did not address the issue of whether the LCA for a "Designers, All Other" occupation corresponds with the proffered position.

You provided an opinion letter from Michael English, a professor at the University of Minnesota College of Design. Professor English stated that the proffered position "is most properly classified as a Designer, rather than an Architectural Drafter." He stated that "duties such as being responsible for determining interior design factors such as space planning, layout, use of furniture and color coordination distinguish the position from that of an Architectural Drafter." He stated that "according to the O*Net online (17-3011), a typical Architectural Drafter produces drawings, uses computer-assisted drafting systems, and analyzes building codes" and that correlatively, the proffered position "require more than these tasks, and further require the employee to perform duties such as presenting design options to senior management, researching design techniques, and choosing materials with latest design trends in mind, as well as other duties associated with Designer positions." However, while he referenced O*Net SOC code 17-3011 to describe the typical duties of an Architectural Drafter, there was no mention of the source where he obtained or referenced the typical duties of a Designer, as far as the O*Net SOC code or LCA classification is concerned. As such, USCIS unable to determine how Professor English arrived at the conclusion that the proffered position was "properly classified as a Designer."

You provided a letter from Winston Chang, an architect and owner of Next Architecture. Mr. Chang stated that the beneficiary's duties "are most properly classified as a Designer, rather than an Architectural Drafter because this position requires the employee to perform duties such as preparing design, structural specifications, material selection, estimated costs and construction timelines, researching and proposing co-living design options and ideas and collaborating with design team members…as well as other duties associated with Designer positions." However, as discussed, the O*Net does not specifically provide the duties for the "Designers, All Other occupation." Moreover, similar to the opinion letter from Professor English, Mr. Chang does mention the source or reference he used to determine what duties are associated with Designer positions.

As previously discussed, the O*NET does not provide a summary report for the "Designers, All Other" occupational classification. There is no further information regarding tasks, knowledge, skills, abilities, work activities, work context, etc. with which to compare the duties of the proffered position.



Without such reference, it is not possible to determine whether there is a correlation between the duties of the proffered position and the occupational title "Designers, All Other" and whether the duties of the proffered position correspond to a "Designers, All Other" occupation.

Moreover, it appears that the proffered position has duties that overlap with or is a combination of various occupations. Specifically, the sub-duties to "research local zoning rules and compliance regulations to ensure that schematic layout design and blueprints meet the required codes and legal standards and keep up to date with the latest legal requirements and changes in compliance standards," "prepare information regarding design, structural specifications, materials selection, estimated costs, and construction timeline to support our company management and analysis team to generate project business model," and "use Auto CAD and Revit to create drawings of floor plan, site plan, roof plan, and 3D model of our co-living structures" appear to be more consistent with the duties of an Architectural Drafter. Moreover, the duties to "research and determine co-living interior design factors such as space planning, layout, use of furniture, and color coordination," "use Auto CAD, Revit to design the interior layout of co-living project including its common place to display the co-living concept," and "research and select artwork, accessories, carpeting, fixtures, draperies, paint and wall coverings, and related items for co-living interior design and estimate the cost for management review" appear to be more consistent with the duties of an Interior Designer.

The U.S. Department of Labor's 2009 Prevailing Wage Determination Policy Guidance states, in pertinent part:

> *Nature of Job Offer*
> … If the employer's job opportunity has worker requirements described in a combination of O*NET occupations, the NPWHC should default directly to the relevant O*NET SOC occupational code for the highest paying occupation.

In the present case, you did not select either of the O*NET SOC occupation code for either an Architectural Drafter or Interior Designer.

As such, in consideration of the duties of the offered position and the "Designers, All Other" occupational classification in the U.S. Department of Labor's O*NET, the record does not establish that the LCA properly corresponds with the offered position described in the petition or that the LCA is certified for the position in which the beneficiary will be employed as required by 20 CFR 655.705(b) and *Matter of Simeio Solutions*.

You have not provided an LCA which is certified for the specialty occupation in which the beneficiary will be employed, as required by 8 CFR 214.2(h)(4)(i).

### Conclusion

Therefore, your petition is denied.

If you disagree with this decision, or if you have additional evidence that shows this decision is incorrect, you may file a motion or appeal of this decision by filing a Form I-290B, Notice of Appeal or Motion. You may also include a brief or other written statement in support of your motion or appeal. The motion or appeal must be filed within 30 days (33 days if this decision was mailed) from the date of this notice. If a motion or appeal is not filed within the required period, this decision is final.

To obtain the Form I-290B, visit www.uscis.gov/forms. For the latest information on filing location, fee, and other requirements, refer to the Form I-290B instructions; review 8 CFR 103.3 or 103.5; call our USCIS Contact Center at 1-800-375-5283; or visit your local USCIS office.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

### Status Denial

The portion of the petition requesting a change of status for the beneficiary is also denied because the nonimmigrant visa petition filed on the beneficiary's behalf is denied.

This decision may leave the beneficiary without lawful immigration status. If the beneficiary is present in the United States in violation of the law, they are required to depart immediately. Remaining in the United States without a lawful status after the date of this decision may result in the accrual of unlawful presence under section 212(a)(9)(B) of the INA and may adversely affect the beneficiary's ability to return to the United States lawfully in the future.

If you file a motion or appeal of the petition denial with USCIS, and if USCIS subsequently reopens and approves the petition, USCIS will also reevaluate the requested extension of stay or amend of stay or change of status, if applicable. There is no additional fee required for this action.

If the beneficiary has any questions concerning immigration services and benefits, they may telephone 1-800-375-5283 or for TTY 1-800-767-1833.

Sincerely,

Kristine R. Crandall
Kristine R. Crandall
Acting Director, California Service Center

Enclosures:
   Form I-290B, Notice of Appeal or Motion



USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.



**PANG LAW GROUP, INC.**
411 E Huntington Dr Ste 206
Arcadia, CA 91006
Tel: 626-838-6868
Email: info@panglawyer.com

**CITIBANK, N.A.**
100 S 1st Ave
Arcadia, CA 91006
90-7172/3222

5533

6/2/2022

AY TO THE
RDER OF   US Department of Homeland Security        $   **1,500.00

---

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.



**PANG LAW GROUP, INC.**
411 E Huntington Dr Ste 206
Arcadia, CA 91006
Tel: 626-838-6868
Email: info@panglawyer.com

**CITIBANK, N.A.**
100 S 1st Ave
Arcadia, CA 91006
90-7172/3222

5531

6/2/2022

AY TO THE
RDER OF   US Department of Homeland Security        $   **500.00

---

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**PANG LAW GROUP, INC.**
411 E Huntington Dr Ste 206
Arcadia, CA 91006
Tel: 626-838-6868
Email: info@panglawyer.com

**CITIBANK, N.A.**
100 S 1st Ave
Arcadia, CA 91006
90-7172/3222

5530

6/2/2022

AY TO THE
RDER OF   US Department of Homeland Security        $   **460.00

Four Hundred Sixty and 00/100****************************************************************************************

DOLLARS

US Department of Homeland Security

The law is reason,
free from passion

HIB  Tri PalinR Corp.
Peng Zhang

AUTHORIZED SIGNATURE

EMO

⑆005530⑆ ⑈322271724⑈ 207078866⑈

Details on Back.
Details on Back.
Details on Back.
Security Features Included

 **LAW OFFICES OF FEI PANG**

Arcadia Office: 411 E Huntington Dr., #206, Arcadia, CA 91006
Irvine Office: 930 Roosevelt, #116, Irvine, CA 92620
Tel: 626-838-6868   Fax: 626-628-1789
Website: www.panglawyer.com

June 3, 2022

USCIS California Service Center
Attn: I-129 H-1B Cap Subject
P.O. Box 10130
Laguna Niguel, CA 92607-1012

### *I-129 Petition for a <u>Nonimmigrant Worker, H-1B Classification (Cap Subject)</u>*
Petitioner:      **Tripalink, Corp.**
Beneficiary: **Mr. Peng Zhang**

Dear Immigration Officer:

The required filing fees are attached on the first page of the petition package in the following amount:

- $460.00 of Base Fee;
- $1500.00 of ACWIA fee.
- $500 of fraud prevention fee

Additionally, in support of the above-referenced petition, we submit the following:

A. H1B Registration Notice

B. Form G-28 for I-129 H-1B

C. Form I-129, Petition for a Nonimmigrant Worker, and H Supplement to Form I-129

D. An Approved Labor Condition Application

E. Petitioner's Letter in Support of the Petition

F. Petitioner's Offer Letter

G. Petitioner's Organization Chart showing H1B beneficiary's position

**Exhibit 1** Petitioner's articles of incorporation

**Exhibit 2** Petitioner's Statement of Information in 2021

**Exhibit 3** Petitioner's EIN document

**Exhibit 4** Petitioner's US Corporation Income Tax Return in 2020

**Exhibit 5** Petitioner's Quarterly Federal Tax Returns from 1st quarter of 2020 to 1st quarter of 2022



**LAW OFFICES OF FEI PANG**

Arcadia Office: 411 E Huntington Dr., #206, Arcadia, CA 91006
Irvine Office: 930 Roosevelt, #116, Irvine, CA 92620
Tel: 626-838-6868   Fax: 626-628-1789
Website: www.panglawyer.com

**Exhibit 6** Petitioner's Lease Agreement

**Exhibit 7** Media reports about Petitioner

**Exhibit 8** Pictures of Petitioner's Housing products

**Exhibit 9** Mr. Zhang's Passport and visa

**Exhibit 10** Mr. Zhang's I-94 record

**Exhibit 11** Mr. Zhang's Master's Degree diploma in Architecture from the University of California, Los Angeles (UCLA)

**Exhibit 12** Mr. Zhang's Master's transcript from UCLA

**Exhibit 13** Mr. Zhang's STEM EAD Card

**Exhibit 14** Mr. Zhang's initial EAD Card

**Exhibit 15** All copies of Mr. Zhang's I-20s from UCLA

**Exhibit 16** Mr. Zhang's Resume

**Exhibit 17** Mr. Zhang's paystubs and W2s for his authorized work under OPT and STEM OPT

**Exhibit 18** Mr. Zhang's work samples

    18.1 Co-Living Apartment Design Management Grant Chart

    18.2 Co-Living Apartment Feasibility Study Design Report

    18.3 Co-Living 3D Exterior Design Report

    18.4 Co-Living Feasibility Study- Interior Design Concept Proposal

Kindly adjudicate said matter and notify the undersigned accordingly

We would like to thank you in advance for your kind attention to his matter. Should you have additional questions, please do not hesitate to contact the undersigned.

Very Truly Yours.

Fei Pang
LAW OFFICES OF FEI PANG

A. H1B Registration Notice

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Beneficiary Confirmation Number 2023-01e1-da73-0a36 | | Case Type H-1BR - H1B REGISTRATION |
|---|---|---|
| Received Date 03/16/2022 | Priority Date | Prospective Petitioner TRIPALINK, CORP. |
| Notice Date 03/25/2022 | Page 1 of 2 | Beneficiary Zhang, Peng |

TRIPALINK, CORP.
800 South Harvard Blvd Ste Office
Los Angeles CA  90005

**Notice Type:** Registration Selection

Your company, TRIPALINK, CORP., with an Employer Identification Number of 474593679, submitted a registration on behalf of Zhang, Peng  (Date of Birth: 10/22/1993)  for possible selection toward the FY2023 H-1B numerical cap projections.

This registration was selected. The Beneficiary Confirmation Number is 2023-01e1-da73-0a36.

This registration was selected toward the number projected as needed to reach the congressionally mandated cap (regular cap). Based on this selected registration, your company is eligible to file a corresponding H-1B petition between 04/01/2022 and 06/30/2022 at the following location:

### California Service Center

Please see the "Direct Filing Addresses for Form I-129, Petition for a Nonimmigrant Worker" webpage (https://www.uscis.gov/i-129-addresses) for the appropriate address for the service center identified above that matches your petition type and mail carrier.

You must include a copy of this selection notice with your petition.

This notice is only valid for the FY2023 H-1B numerical allocations and for the company and beneficiary named below:

Company: TRIPALINK, CORP.
D/B/A:
EIN: 474593679
Beneficiary: Zhang, Peng
DOB: 10/22/1993
Passport Number: E32264628

Your company may not substitute the beneficiary named in the registration or transfer the registration to another petitioner. If you file an H-1B cap-subject petition for a different beneficiary than the one identified in the selected registration notice submitted with the petition, the H-1B cap-subject petition will be denied or rejected.

USCIS will deny or reject the H-1B cap-subject petition if it is not properly filed within the filing period indicated above at the filing location indicated above.

Ensure that any information provided during the electronic registration process matches the information provided on the petition. If any information does not match, you should provide an explanation with your petition and supporting documentation as to why there was a change or why the information does not match. If information on the registration and petition does not match, USCIS may reject or deny the petition.

For additional information regarding the H-1B numerical cap, and exemptions from the numerical cap, please visit the USCIS website.

Information concerning USCIS forms and filing instructions is available from the USCIS Forms Request Line, 1-800-870-3676 (Toll Free), or on the USCIS internet website at www.uscis.gov.

USCIS Contact Center: www.uscis.gov/contactcenter



If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

Go to uscis.gov/accommodations to make your request online, or
Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

# B. Form G-28 for I-129 H-1B



# Notice of Entry of Appearance
## as Attorney or Accredited Representative
### Department of Homeland Security

**DHS
Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

1. USCIS Online Account Number (if any)
   ▶ 

### Name of Attorney or Accredited Representative

2.a. Family Name (Last Name) **PANG**

2.b. Given Name (First Name) **FEI**

2.c. Middle Name

### Address of Attorney or Accredited Representative

3.a. Street Number and Name **411 E HUNTINGTON DR**

3.b. ☐ Apt. ☒ Ste. ☐ Flr. **206**

3.c. City or Town **ARCADIA**

3.d. State **CA**   3.e. ZIP Code **91006**

3.f. Province

3.g. Postal Code

3.h. Country **USA**

### Contact Information of Attorney or Accredited Representative

4. Daytime Telephone Number **6268386868**

5. Mobile Telephone Number (if any)

6. Email Address (if any) **FP@PANGLAWYER.COM**

7. Fax Number (if any) **6266281789**

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

1.a. ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority
**SUPREME COURT OF CALIFORNIA**

1.b. Bar Number (if applicable)
**CA251487**

1.c. I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

1.d. Name of Law Firm or Organization (if applicable)
**LAW OFFICES OF FEI PANG**

2.a. ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

2.b. Name of Recognized Organization

2.c. Date of Accreditation (mm/dd/yyyy)

3. ☐ I am associated with
   _____,
   the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

4.a. ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

4.b. Name of Law Student or Law Graduate

## Part 3.  Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** ☒ U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

> I-129 H1B

**2.a.** ☐ U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** ☐ U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

> ▶

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

☐ Applicant   ☒ Petitioner   ☐ Requestor
☐ Beneficiary/Derivative   ☐ Respondent (ICE, CBP)

## Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)

**6.a.** Family Name (Last Name)   QI

**6.b.** Given Name (First Name)   Bin

**6.c.** Middle Name

**7.a.** Name of Entity (if applicable)

> TRIPALINK, CORP.

**7.b.** Title of Authorized Signatory for Entity (if applicable)

> HR Director

**8.** Client's USCIS Online Account Number (if any)

> ▶

**9.** Client's Alien Registration Number (A-Number) (if any)

> ▶ A-

## Client's Contact Information

**10.** Daytime Telephone Number

> 9097153300

**11.** Mobile Telephone Number (if any)

**12.** Email Address (if any)

> xianhui.tripalink@gmail.com

## Mailing Address of Client

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name   800 S Harvard Blvd

**13.b.** ☐ Apt.   ☒ Ste.   ☐ Flr.   Office

**13.c.** City or Town   Los Angeles

**13.d.** State   CA   **13.e.** ZIP Code   90005

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

> USA

## Part 4.  Client's Consent to Representation and Signature

### Consent to Representation and Release of Information

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form.  According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

## Part 4. Client's Consent to Representation and Signature (continued)

### Options Regarding Receipt of USCIS Notices and Documents

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

1.a.  ☒  I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

1.b.  ☐  I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

  **NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

1.c.  ☐  I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

### Signature of Client or Authorized Signatory for an Entity

2.a.  Signature of Client or Authorized Signatory for an Entity

2.b.  Date of Signature (mm/dd/yyyy)    05/31/2022

## Part 5. Signature of Attorney or Accredited Representative

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

1. a.  Signature of Attorney or Accredited Representative

1.b.  Date of Signature (mm/dd/yyyy)    05/31/2022

2.a.  Signature of Law Student or Law Graduate

2.b.  Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a** Family Name (Last Name) `QI`

**1.b.** Given Name (First Name) `Bin`

**1.c.** Middle Name

**2.a.** Page Number    **2.b.** Part Number    **2.c.** Item Number

**2.d.**

**3.a.** Page Number    **3.b.** Part Number    **3.c.** Item Number

**3.d.**

**4.a.** Page Number    **4.b.** Part Number    **4.c.** Item Number

**4.d.**

**5.a.** Page Number    **5.b.** Part Number    **5.c.** Item Number

**5.d.**

**6.a.** Page Number    **6.b.** Part Number    **6.c.** Item Number

**6.d.**

Form G-28 09/17/18

Page 4 of 4

C.  Form I-129, Petition for a
Nonimmigrant Worker, and H
Supplement to Form I-129



## Petition for a Nonimmigrant Worker

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 09/30/2021

| For USCIS Use Only | Receipt | Partial Approval (explain) | Action Block |
|---|---|---|---|

Class: _____
No. of Workers: _____
Job Code: _____
Validity Dates:
From: _____
To: _____

☐ **Classification Approved**
☐ Consulate/POE/PFI Notified
At: _____
☐ Extension Granted
☐ COS/Extension Granted

▶ **START HERE - Type or print in black ink.**

### Part 1.  Petitioner Information

If you are an individual filing this petition, complete **Item Number 1.**  If you are a company or an organization filing this petition, complete **Item Number 2.**

**1.**   **Legal Name of Individual Petitioner**

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| N/A | N/A | N/A |

**2.**   **Company or Organization Name**

TRIPALINK, CORP.

**3.**   **Mailing Address of Individual, Company or Organization**

In Care Of Name
Bin QI

Street Number and Name
800 S Harvard Blvd

Apt. Ste. Flr.  Number
☐ ☒ ☐  Office

City or Town
Los Angeles

State  CA

ZIP Code
90005

Province
N/A

Postal Code
N/A

Country
USA

**4.**   **Contact Information**

Daytime Telephone Number
9097153300

Mobile Telephone Number
N/A

Email Address (if any)
xianhui.tripalink@gmail.com

**5.**   **Other Information**

Federal Employer Identification Number (FEIN)
▶ 474593679

Individual IRS Tax Number
▶ N/A

U.S. Social Security Number (if any)
▶ N/A

## Part 2. Information About This Petition (See instructions for fee information)

1. **Requested Nonimmigrant Classification** (Write classification symbol): `H1B`

2. **Basis for Classification** (select **only one** box):

   - ☒ **a.** New employment.
   - ☐ **b.** Continuation of previously approved employment without change with the same employer.
   - ☐ **c.** Change in previously approved employment.
   - ☐ **d.** New concurrent employment.
   - ☐ **e.** Change of employer.
   - ☐ **f.** Amended petition.

3. **Provide the most recent petition/application receipt number for the beneficiary. If none exists, indicate "None."**   ▶ `N o n e`

4. **Requested Action** (select **only one** box):

   - ☐ **a.** Notify the office in **Part 4.** so each beneficiary can obtain a visa or be admitted. (**NOTE:** A petition is not required for E-1, E-2, E-3, H-1B1 Chile/Singapore, or TN visa beneficiaries.)
   - ☒ **b.** Change the status and extend the stay of each beneficiary because the beneficiary(ies) is/are now in the United States in another status (see instructions for limitations). This is available only when you check "New Employment" in **Item Number 2.**, above.
   - ☐ **c.** Extend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
   - ☐ **d.** Amend the stay of each beneficiary because the beneficiary(ies) now hold(s) this status.
   - ☐ **e.** Extend the status of a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)
   - ☐ **f.** Change status to a nonimmigrant classification based on a free trade agreement. (See Trade Agreement Supplement to Form I-129 for TN and H-1B1.)

5. **Total number of workers included in this petition.** (See instructions relating to when more than one worker can be included.)   ▶ `1`

## Part 3. Beneficiary Information (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.)

1. **If an Entertainment Group, Provide the Group Name**

   `N/A`

2. **Provide Name of Beneficiary**

   | Family Name (Last Name) | Given Name (First Name) | Middle Name |
   |---|---|---|
   | `ZHANG` | `Peng` | `N/A` |

3. **Provide all other names the beneficiary has used.** Include nicknames, aliases, maiden name, and names from all previous marriages.

   | Family Name (Last Name) | Given Name (First Name) | Middle Name |
   |---|---|---|
   | `None` | | |
   | | | |
   | | | |

4. **Other Information**

   | Date of birth (mm/dd/yyyy) | Gender | U.S. Social Security Number (if any) |
   |---|---|---|
   | `10/22/1993` | ☒ Male ☐ Female | ▶ `6 3 0 6 9 3 3 4 3` |

**Part 3. Beneficiary Information** (Information about the beneficiary/beneficiaries you are filing for. Complete the blocks below. Use the Attachment-1 sheet to name each beneficiary included in this petition.) (continued)

Alien Registration Number (A-Number)     Country of Birth

▶ A- | 1 | 3 | 1 | 4 | 6 | 2 | 5 | 1 | 7 |   China

Province of Birth     Country of Citizenship or Nationality

Henan     China

5.  **If the beneficiary is in the United States, complete the following:**

Date of Last Arrival (mm/dd/yyyy)   I-94 Arrival-Departure Record Number   Passport or Travel Document Number

03/30/2019   ▶ 8 | 0 | 8 | 4 | 9 | 4 | 4 | 7 | 3 | 5 | 6 |   E32264628

Date Passport or Travel Document   Date Passport or Travel Document   Passport or Travel Document Country
Issued (mm/dd/yyyy)   Expires (mm/dd/yyyy)   of Issuance

12/06/2013   12/05/2023   China

Current Nonimmigrant Status     Date Status Expires or D/S (mm/dd/yyyy)

F1 - STUDENT - ACADEMIC     D/S

Student and Exchange Visitor Information System (SEVIS)   Employment Authorization Document (EAD)
Number (if any)   Number (if any)

N0029578477   YSC2090258360

6.  **Current Residential U.S. Address** (if applicable) (do not list a P.O. Box)

Street Number and Name     Apt. Ste. Flr.   Number

3540 Wilshire Blvd     ☒ ☐ ☐   802

City or Town     State   ZIP Code

Los Angeles     CA   90010

**Part 4.  Processing Information**

1.  If a beneficiary or beneficiaries named in **Part 3.** is/are outside the United States, or a requested extension of stay or change of status cannot be granted, state the U.S. Consulate or inspection facility you want notified if this petition is approved.

    **a. Type of Office** (select only one box):   ☒ Consulate   ☐ Pre-flight inspection   ☐ Port of Entry

    **b. Office Address (City)**     **c. U.S. State or Foreign Country**

    Beijing     China

    **d. Beneficiary's Foreign Address**

    Street Number and Name     Apt. Ste. Flr.   Number

    Chang'an Street No.3, Unit #1, Apt #703, Beilin District     ☐ ☐ ☐

    City or Town     State

    Xi'an

    Province     Postal Code   Country

    Shaanxi     710000   China

2.  Does each person in this petition have a valid passport?   ☒ Yes   ☐ No. If no, go to **Part 9.** and type or print your explanation.

## Part 4.  Processing Information (continued)

3.  Are you filing any other petitions with this one?
☐ Yes.  If yes, how many? ▶ [＿＿＿＿＿＿]        ☒ No

4.  Are you filing any applications for replacement/initial I-94, Arrival-Departure Records with this petition?  Note that if the beneficiary was issued an electronic Form I-94 by CBP when he/she was admitted to the United States at an air or sea port, he/she may be able to obtain the Form I-94 from the CBP Website at **www.cbp.gov/i94** instead of filing an application for a replacement/initial I-94.

☐ Yes.  If yes, how many? ▶ [＿＿＿＿＿＿]        ☒ No

5.  Are you filing any applications for dependents with this petition?
☐ Yes.  If yes, how many? ▶ [＿＿＿＿＿＿]        ☒ No

6.  Is any beneficiary in this petition in removal proceedings?
☐ Yes.  If yes, proceed to **Part 9.** and list the beneficiary's(ies) name(s).        ☒ No

7.  Have you ever filed an immigrant petition for any beneficiary in this petition?
☐ Yes.  If yes, how many? ▶ [＿＿＿＿＿＿]        ☒ No

8.  Did you indicate you were filing a new petition in **Part 2.**?
☒ Yes.  If yes, answer the questions below.        ☐ No.  If no, proceed to **Item Number 9.**

  a.  Has any beneficiary in this petition ever been given the classification you are now requesting within the last seven years?
  ☐ Yes.  If yes, proceed to **Part 9.** and type or print your explanation.   ☒ No

  b.  Has any beneficiary in this petition ever been denied the classification you are now requesting within the last seven years?
  ☐ Yes.  If yes, proceed to **Part 9.** and type or print your explanation.   ☒ No

9.  Have you ever previously filed a nonimmigrant petition for this beneficiary?
☐ Yes.  If yes, proceed to **Part 9.** and type or print your explanation.        ☒ No

10.  If you are filing for an entertainment group, has any beneficiary in this petition not been with the group for at least one year?
☐ Yes.  If yes, proceed to **Part 9.** and type or print your explanation.        ☒ No

11.a.  Has any beneficiary in this petition ever been a J-1 exchange visitor or J-2 dependent of a J-1 exchange visitor?
☐ Yes.  If yes, proceed to **Item Number 11.b.**        ☒ No

11.b.  If you checked yes in **Item Number 11.a.**, provide the dates the beneficiary maintained status as a J-1 exchange visitor or J-2 dependent.  Also, provide evidence of this status by attaching a copy of either a DS-2019, Certificate of Eligibility for Exchange Visitor (J-1) Status, a Form IAP-66, or a copy of the passport that includes the J visa stamp.

| N/A |
| --- |

## Part 5.  Basic Information About the Proposed Employment and Employer

Attach the Form I-129 supplement relevant to the classification of the worker(s) you are requesting.

1.  Job Title

| Architectural Designer |
| --- |

2.  LCA or ETA Case Number

| I-200-22126-146179 |
| --- |

## Part 5.  Basic Information About the Proposed Employment and Employer (continued)

**3.**  Address where the beneficiary(ies) will work if different from address in **Part 1.**
Street Number and Name

Same

Apt. Ste. Flr.   Number

☐ ☐ ☐

City or Town

State        ZIP Code

**4.**  Did you include an itinerary with the petition?   ☐ Yes   ☒ No

**5.**  Will the beneficiary(ies) work for you off-site at another company or organization's location?   ☐ Yes   ☒ No

**6.**  Will the beneficiary(ies) work exclusively in the Commonwealth of the Northern Mariana Islands (CNMI)?   ☐ Yes   ☒ No

**7.**  Is this a full-time position?   ☒ Yes   ☐ No

**8.**  If the answer to **Item Number 7.** is no, how many hours per week for the position?   ▶

**9.**  Wages:   $ 62,400.00   per (Specify hour, week, month, or year)   ▶ year

**10.**  Other Compensation (Explain)

Standard benefits.

**11.**  Dates of intended employment  From: (mm/dd/yyyy) 10/01/2022   To: (mm/dd/yyyy) 09/30/2025

**12.**  Type of Business

Housing Management

**13.** Year Established

2016

**14.**  Current Number of Employees in the United States

113

**15.** Gross Annual Income

20883521

**16.** Net Annual Income

6000000

## Part 6. Certification Regarding the Release of Controlled Technology or Technical Data to Foreign Persons in the United States

(This section of the form is required only for H-1B, H-1B1 Chile/Singapore, L-1, and O-1A petitions. It is not required for any other classifications. Please review the Form I-129 General Filing Instructions before completing this section.)

**Select Item Number 1. or Item Number 2. as appropriate. DO NOT select both boxes.**

With respect to the technology or technical data the petitioner will release or otherwise provide access to the beneficiary, the petitioner certifies that it has reviewed the Export Administration Regulations (EAR) and the International Traffic in Arms Regulations (ITAR) and has determined that:

1. ☒ A license is not required from either the U.S. Department of Commerce or the U.S. Department of State to release such technology or technical data to the foreign person; or

2. ☐ A license is required from the U.S. Department of Commerce and/or the U.S. Department of State to release such technology or technical data to the beneficiary and the petitioner will prevent access to the controlled technology or technical data by the beneficiary until and unless the petitioner has received the required license or other authorization to release it to the beneficiary.

## Part 7. Declaration, Signature, and Contact Information of Petitioner or Authorized Signatory (Read the information on penalties in the instructions before completing this section.)

Copies of any documents submitted are exact photocopies of unaltered, original documents, and I understand that, as the petitioner, I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date.

I authorize the release of any information from my records, or from the petitioning organization's records that USCIS needs to determine eligibility for the immigration benefit sought. I recognize the authority of USCIS to conduct audits of this petition using publicly available open source information. I also recognize that any supporting evidence submitted in support of this petition may be verified by USCIS through any means determined appropriate by USCIS, including but not limited to, on-site compliance reviews.

If filing this petition on behalf of an organization, I certify that I am authorized to do so by the organization.

I certify, under penalty of perjury, that I have reviewed this petition and that all of the information contained in the petition, including all responses to specific questions, and in the supporting documents, is complete, true, and correct.

1. **Name and Title of Authorized Signatory**

| Family Name (Last Name) | Given Name (First Name) |
|---|---|
| QI | Bin |

| Title |
|---|
| HR Director |

2. **Signature and Date**

| Signature of Authorized Signatory | Date of Signature (mm/dd/yyyy) |
|---|---|
| | 05/31/2022 |

3. **Signatory's Contact Information**

| Daytime Telephone Number | Email Address (if any) |
|---|---|
| 9097153300 | xianhui.tripalink@gmail.com |

**NOTE:** If you do not fully complete this form or fail to submit the required documents listed in the instructions, a final decision on your petition may be delayed or the petition may be denied.

## Part 8. Declaration, Signature, and Contact Information of Person Preparing Form, If Other Than Petitioner

Provide the following information concerning the preparer:

**1. Name of Preparer**

| Family Name (Last Name) | Given Name (First Name) |
|---|---|
| Pang | Fei |

**2. Preparer's Business or Organization Name** (if any)

(If applicable, provide the name of your accredited organization recognized by the Board of Immigration Appeals (BIA).)

Law Offices of Fei Pang

**3. Preparer's Mailing Address**

| Street Number and Name | | Apt. Ste. Flr. | Number |
|---|---|---|---|
| 411 E Huntington Dr | | ☐ ☒ ☐ | 206 |

| City or Town | | State | ZIP Code |
|---|---|---|---|
| Arcadia | | CA | 91006 |

| Province | Postal Code | Country |
|---|---|---|
| | | USA |

**4. Preparer's Contact Information**

| Daytime Telephone Number | Fax Number | Email Address (if any) |
|---|---|---|
| 6268386868 | 6266281789 | fpang@panglawyer.com |

### *Preparer's Declaration*

By my signature, I certify, swear, or affirm, under penalty of perjury, that I prepared this petition on behalf of, at the request of, and with the express consent of the petitioner or authorized signatory. The petitioner has reviewed this completed petition as prepared by me and informed me that all of the information in the form and in the supporting documents, is complete, true, and correct.

**5. Signature and Date**

| Signature of Preparer | Date of Signature (mm/dd/yyyy) |
|---|---|
| | 05/31/2022 |

## Part 9.  Additional Information About Your Petition For Nonimmigrant Worker

If you require more space to provide any additional information within this petition, use the space below.  If you require more space than what is provided to complete this petition, you may make a copy of **Part 9.** to complete and file with this petition.  In order to assist us in reviewing your response, you must identify the **Page Number, Part Number and Item Number** corresponding to the additional information.

1.   A-Number   ▶ **A-**

2.   **Page Number**                          **Part Number**                          **Item Number**

3.   **Page Number**                          **Part Number**                          **Item Number**

4.   **Page Number**                          **Part Number**                          **Item Number**



# H Classification Supplement to Form I-129

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 09/30/2021

1. Name of the Petitioner

TRIPALINK, CORP.

**Name of the beneficiary or if this petition includes multiple beneficiaries, the total number of beneficiaries**

2.a. Name of the Beneficiary

Peng ZHANG

**OR**

2.b. Provide the total number of beneficiaries    1

3. List each beneficiary's prior periods of stay in H or L classification in the United States for the last six years (beneficiaries requesting H-2A or H-2B classification need only list the last three years). Be sure to only list those periods in which each beneficiary was actually in the United States in an H or L classification. Do not include periods in which the beneficiary was in a dependent status, for example, H-4 or L-2 status.

**NOTE:** Submit photocopies of Forms I-94, I-797, and/or other USCIS issued documents noting these periods of stay in the H or L classification. (If more space is needed, attach an additional sheet.)

| Subject's Name | Period of Stay (mm/dd/yyyy) | |
| --- | --- | --- |
| | From | To |
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4. Classification sought (select **only one** box):

[X] **a.** H-1B Specialty Occupation

[ ] **b.** H-1B1 Chile and Singapore

[ ] **c.** H-1B2 Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense (DOD)

[ ] **d.** H-1B3 Fashion model of distinguished merit and ability

[ ] **e.** H-2A Agricultural worker

[ ] **f.** H-2B Non-agricultural worker

[ ] **g.** H-3 Trainee

[ ] **h.** H-3 Special education exchange visitor program

5. If you selected **a.** or **d.** in **Item Number 4.,** and are filing an H-1B cap petition (including a petition under the U.S. advanced degree exemption), provide the Beneficiary Confirmation Number from the H-1B Registration Selection Notice for the beneficiary named in this petition (if applicable).

2023-01e1-da73-0a36

6. Are you filing this petition on behalf of a beneficiary subject to the Guam-CNMI cap exemption under Public Law 110-229?
[ ] Yes    [X] No

7. Are you requesting a change of employer and was the beneficiary previously subject to the Guam-CNMI cap exemption under Public Law 110-229?

☐ Yes   ☒ No

8.a. Does any beneficiary in this petition have ownership interest in the petitioning organization?

☐ Yes. If yes, please explain in **Item Number 8.b.**   ☒ No

8.b. Explanation

**N/A**

---

## Section 1. Complete This Section If Filing for H-1B Classification

1. Describe the proposed duties.

   **Please see the attached petitioner's letter and resume.**

2. Describe the beneficiary's present occupation and summary of prior work experience.

   **Please see the attached petitioner's letter and resume.**

### Statement for H-1B Specialty Occupations and H-1B1 Chile and Singapore

By filing this petition, I agree to, and will abide by, the terms of the labor condition application (LCA) for the duration of the beneficiary's authorized period of stay for H-1B employment. I certify that I will maintain a valid employer-employee relationship with the beneficiary at all times. If the beneficiary is assigned to a position in a new location, I will obtain and post an LCA for that site prior to reassignment.

I further understand that I cannot charge the beneficiary the ACWIA fee, and that any other required reimbursement will be considered an offset against wages and benefits paid relative to the LCA.

| Signature of Petitioner | Name of Petitioner | Date (mm/dd/yyyy) |
|---|---|---|
| ➡ | Bin QI | 05/31/2022 |

### Statement for H-1B Specialty Occupations and U.S. Department of Defense (DOD) Projects

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the beneficiary is dismissed from employment by the employer before the end of the period of authorized stay.

| Signature of Authorized Official of Employer | Name of Authorized Official of Employer | Date (mm/dd/yyyy) |
|---|---|---|
| | Bin QI | 05/31/2022 |

### Statement for H-1B U.S. Department of Defense Projects Only

I certify that the beneficiary will be working on a cooperative research and development project or a co-production project under a reciprocal government-to-government agreement administered by the U.S. Department of Defense.

| Signature of DOD Project Manager | Name of DOD Project Manager | Date (mm/dd/yyyy) |
|---|---|---|
| | | |

## Section 2.  Complete This Section If Filing for H-2A or H-2B Classification  (continued)

**1.**    Employment is:  (select **only one** box)

☐ **a.** Seasonal          ☐ **b.** Peak load          ☐ **c.** Intermittent          ☐ **d.** One-time occurrence

**2.**    Temporary need is:  (select **only one** box)

☐ **a.** Unpredictable          ☐ **b.** Periodic          ☐ **c.** Recurrent annually

**3.**    Explain your temporary need for the workers' services (Attach a separate sheet if additional space is needed).

N / A

**4.**    List the countries of citizenship for the H-2A or H-2B workers you plan to hire.

| N / A | |
|---|---|
| | |
| | |

**5.a.**    You must provide all of the requested information for **Item Numbers 5.a. - 6.** for each H-2A or H-2B worker you plan to hire who is not from a country that has been designated as a participating country in accordance with 8 CFR 214.2(h)(5)(i)(F)(1) or 214.2(h)(6)(i)(E)(1).  See **www.uscis.gov** for the list of participating countries.  (Attach a separate sheet if additional space is needed.)

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| N / A | | |

**5.b.**    Provide all other name(s) used

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| | | |
| | | |

**5.c.**  Date of Birth (mm/dd/yyyy)      **5.d.**  Country of Birth

**5.e.**  Country of Citizenship or Nationality

**6.a.**    Have any of the workers listed in **Item Number 5.** above ever been admitted to the United States previously in H-2A/H-2B status?

☐ Yes.  If yes, go to **Part 9.** of Form I-129 and write your explanation.          ☐ No

**6.b.**    Visa Classification (H-2A or H-2B):

**NOTE:**  If any of the H-2A or H-2B workers you are requesting are nationals of a country that is not on the eligible countries list, you must also provide evidence showing: **(1)** that workers with the required skills are not available from a country currently on the eligible countries list*; **(2)** whether the beneficiaries have been admitted previously to the United States in H-2A or H-2B status; **(3)** that there is no potential for abuse, fraud, or other harm to the integrity of the H-2A or H-2B visa programs through the potential admission of the intended workers; and **(4)** any other factors that may serve the United States interest.

  *  For H-2A petitions only: You must also show that workers with the required skills are not available from among United States workers.

## Section 2. Complete This Section If Filing for H-2A or H-2B Classification (continued)

**7.a.** Did you or do you plan to use a staffing, recruiting, or similar placement service or agent to locate the H-2A/H-2B workers that you intend to hire by filing this petition?

☐ Yes ☐ No

If yes, list the name and address of service or agent used below. Please use **Part 10.** of Form I-129 if you need to include the name and address of more than one service or agent.

**7.b.** Name

N/A

**7.c.** Address

| Street Number and Name | Apt. Ste. Flr. Number |
| --- | --- |
| | ☐ ☐ ☐ |

| City or Town | State | ZIP Code |
| --- | --- | --- |
| | ▼ | |

**8.a.** Did any of the H-2A/H-2B workers that you are requesting pay you, or an agent, a job placement fee or other form of compensation (either direct or indirect) as a condition of the employment, or do they have an agreement to pay you or the service such fees at a later date? The phrase "fees or other compensation" includes, but is not limited to, petition fees, attorney fees, recruitment costs, and any other fees that are a condition of a beneficiary's employment that the employer is prohibited from passing to the H-2A or H-2B worker under law under U.S. Department of Labor rules. This phrase does not include reasonable travel expenses and certain government-mandated fees (such as passport fees) that are not prohibited from being passed to the H-2A or H-2B worker by statute, regulations, or any laws. ☐ Yes ☐ No

**8.b.** If yes, list the types and amounts of fees that the worker(s) paid or will pay.

N/A

**8.c.** If the workers paid any fee or compensation, were they reimbursed? ☐ Yes ☐ No

**8.d.** If the workers agreed to pay a fee that they have not yet been paid, has their agreement been terminated before the workers paid the fee? (Submit evidence of termination or reimbursement with this petition.) ☐ Yes ☐ No

**9.** Have you made reasonable inquiries to determine that to the best of your knowledge the recruiter, facilitator, or similar employment service that you used has not collected, and will not collect, directly or indirectly, any fees or other compensation from the H-2 workers of this petition as a condition of the H-2 workers' employment? ☐ Yes ☐ No

**NOTE:** If USCIS determines that you knew, or should have known, that the workers requested in connection with this petition paid any fees or other compensation at any time as a condition of employment, your petition may be denied or revoked.

**10.a.** Have you ever had an H-2A or H-2B petition denied or revoked because an employee paid a job placement fee or other similar compensation as a condition of the job offer or employment? ☐ Yes ☐ No

**10.a.1** If yes, when?

**10.a.2** Receipt Number: ▶

**10.b.** Were the workers reimbursed for such fees and compensation? (Submit evidence of reimbursement.) If you answered no because you were unable to locate the workers, include evidence of your efforts to locate the workers. ☐ Yes ☐ No

---

### Section 2.  Complete This Section If Filing for H-2A or H-2B Classification (continued)

**11.**  Have any of the workers you are requesting experienced an interrupted stay associated with their entry as an H-2A or H-2B? (See form instructions for more information on interrupted stays.)  ☐ Yes  ☐ No

If yes, document the workers' periods of stay in the table on the first page of this supplement.  Submit evidence of each entry and each exit, with the petition, as evidence of the interrupted stays.

**12.a.**  If you are an H-2A petitioner, are you a participant in the E-Verify program?  ☐ Yes  ☐ No

**12.b.**  If yes, provide the E-Verify Company ID or Client Company ID.

> N /A

The H-2A/H-2B petitioner and each employer consent to allow Government access to the site where the labor is being performed for the purpose of determining compliance with H-2A/H-2B requirements.  The petitioner further agrees to notify DHS beginning on a date and in a manner specified in a notice published in the Federal Register within 2 workdays if: an H-2A/H-2B worker fails to report for work within 5 workdays after the employment start date stated on the petition or, applicable to H-2A petitioners only, within 5 workdays of the start date established by the petitioner, whichever is later; the agricultural labor or services for which H-2A/H-2B workers were hired is completed more than 30 days early; or the H-2A/H-2B worker absconds from the worksite or is terminated prior to the completion of agricultural labor or services for which he or she was hired.  The petitioner agrees to retain evidence of such notification and make it available for inspection by DHS officers for a one-year period.  "Workday" means the period between the time on any particular day when such employee commences his or her principal activity and the time on that day at which he or she ceases such principal activity or activities.

The petitioner must execute **Part A.**  If the petitioner is the employer's agent, the employer must execute **Part B.**  If there are joint employers, they must each execute **Part C.**

**For H-2A petitioners only:** The petitioner agrees to pay $10 in liquidated damages for each instance where it cannot demonstrate it is in compliance with the notification requirement.

### *Part A.  Petitioner*

By filing this petition, I agree to the conditions of H-2A/H-2B employment and agree to the notification requirements.  For H-2A petitioners: I also agree to the liquidated damages requirements defined in 8 CFR 214.2(h)(5)(vi)(B)(3).

| **Signature of Petitioner** | **Name of Petitioner** | **Date** (mm/dd/yyyy) |
|---|---|---|
| ➡ | | |

### *Part B.  Employer who is not the petitioner*

I certify that I have authorized the party filing this petition to act as my agent in this regard.  I assume full responsibility for all representations made by this agent on my behalf and agree to the conditions of H-2A/H-2B eligibility.

| **Signature of Employer** | **Name of Employer** | **Date** (mm/dd/yyyy) |
|---|---|---|
| | | |

### *Part C.  Joint Employers*

I agree to the conditions of H-2A eligibility.

| **Signature of Joint Employer** | **Name of Joint Employer** | **Date** (mm/dd/yyyy) |
|---|---|---|
| **Signature of Joint Employer** | **Name of Joint Employer** | **Date** (mm/dd/yyyy) |
| **Signature of Joint Employer** | **Name of Joint Employer** | **Date** (mm/dd/yyyy) |
| **Signature of Joint Employer** | **Name of Joint Employer** | **Date** (mm/dd/yyyy) |

## Section 3.   Complete This Section If Filing for H-3 Classification

**If you answer yes to any of the following questions, attach a full explanation.**

1.  Is the training you intend to provide, or similar training, available in the beneficiary's country?  ☐ Yes  ☐ No

2.  Will the training benefit the beneficiary in pursuing a career abroad?  ☐ Yes  ☐ No

3.  Does the training involve productive employment incidental to the training?  If yes, explain the amount of compensation employment versus the classroom in **Part 9. of Form I-129.**  ☐ Yes  ☐ No

4.  Does the beneficiary already have skills related to the training?  ☐ Yes  ☐ No

5.  Is this training an effort to overcome a labor shortage?  ☐ Yes  ☐ No

6.  Do you intend to employ the beneficiary abroad at the end of this training?  ☐ Yes  ☐ No

7.  If you do not intend to employ the beneficiary abroad at the end of this training, explain why you wish to incur the cost of providing this training and your expected return from this training.

_____ N / A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



# H-1B and H-1B1 Data Collection and
# Filing Fee Exemption Supplement

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-129**
OMB No. 1615-0009
Expires 09/30/2021

1. Name of the Petitioner
   TRIPALINK, CORP.

2. Name of the Beneficiary
   Peng ZHANG

## Section 1.   General Information

1. **Employer Information** - (select all items that apply)

   a. Is the petitioner an H-1B dependent employer? ☒ Yes ☐ No

   b. Has the petitioner ever been found to be a willful violator? ☐ Yes ☒ No

   c. Is the beneficiary an H-1B nonimmigrant exempt from the Department of Labor attestation requirements? ☒ Yes ☐ No

      c.1. If yes, is it because the beneficiary's annual rate of pay is equal to at least \$60,000? ☒ Yes ☐ No

      c.2. Or is it because the beneficiary has a master's degree or higher degree in a specialty related to the employment? ☒ Yes ☐ No

   d. Does the petitioner employ 50 or more individuals in the United States? ☒ Yes ☐ No

      d.1. If yes, are more than 50 percent of those employees in H-1B, L-1A, or L-1B nonimmigrant status? ☐ Yes ☒ No

2. **Beneficiary's Highest Level of Education** (select only one box)

   ☐ a. NO DIPLOMA      ☐ f. Bachelor's degree (for example: BA, AB, BS)

   ☐ b. HIGH SCHOOL GRADUATE DIPLOMA or the equivalent (for example: GED)     ☒ g. Master's degree (for example: MA, MS, MEng, MEd, MSW, MBA)

   ☐ c. Some college credit, but less than 1 year     ☐ h. Professional degree (for example: MD, DDS, DVM, LLB, JD)

   ☐ d. One or more years of college, no degree     ☐ i. Doctorate degree (for example: PhD, EdD)

   ☐ e. Associate's degree (for example: AA, AS)

3. Major/Primary Field of Study
   Architecture

4. Rate of Pay Per Year
   62400

5. DOT Code
   0 0 1

6. NAICS Code
   5 3 1 1 1 0

## Section 2.   Fee Exemption and/or Determination

In order for USCIS to determine if you must pay the additional \$1,500 or \$750 American Competitiveness and Workforce Improvement Act (ACWIA) fee, answer all of the following questions:

1. Are you an institution of higher education as defined in section 101(a) of the Higher Education Act of 1965, 20 U.S.C. 1001(a)? ☐ Yes ☒ No

2. Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as defined in 8 CFR 214.2(h)(19)(iii)(B)? ☐ Yes ☒ No

## Section 2.   Fee Exemption and/or Determination (continued)

3. Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)?     ☐ Yes  ☒ No

4. Is this the second or subsequent request for an extension of stay that this petitioner has filed for this alien?     ☐ Yes  ☒ No

5. Is this an amended petition that does not contain any request for extensions of stay?     ☐ Yes  ☒ No

6. Are you filing this petition to correct a USCIS error?     ☐ Yes  ☒ No

7. Is the petitioner a primary or secondary education institution?     ☐ Yes  ☒ No

8. Is the petitioner a nonprofit entity that engages in an established curriculum-related clinical training of students registered at such an institution?     ☐ Yes  ☒ No

If you answered yes to any of the questions above, you are not required to submit the ACWIA fee for your H-1B Form I-129 petition. If you answered no to all questions, answer **Item Number 9.** below.

9. Do you currently employ a total of 25 or fewer full-time equivalent employees in the United States, including all affiliates or subsidiaries of this company/organization?     ☐ Yes  ☒ No

If you answered yes, to **Item Number 9.** above, you are required to pay an additional ACWIA fee of **$750**. If you answered no, then you are required to pay an additional ACWIA fee of **$1,500**.

**NOTE:** A petitioner seeking initial approval of H-1B nonimmigrant status for a beneficiary, or seeking approval to employ an H-1B nonimmigrant currently working for another employer, must submit an additional **$500 Fraud Prevention and Detection fee.** For petitions filed on or after December 18, 2015, an additional fee of **$4,000** must be submitted if you responded yes to **Item Numbers 1.d. and 1.d.1. of Section 1.** of this supplement. This **$4,000** fee was mandated by the provisions of Public Law 114-113.

The Fraud Prevention and Detection Fee and Public Law 114-113 fee do not apply to H-1B1 petitions. **These fees, when applicable, may not be waived.** You must include payment of the fees when you submit this form. Failure to submit the fees when required will result in rejection or denial of your submission. Each of these fees should be paid by separate checks or money orders.

## Section 3.  Numerical Limitation Information

1. Specify the type of H-1B petition you are filing. (select **only one** box):

   ☐ **a.** CAP H-1B Bachelor's Degree          ☐ **c.** CAP H-1B1 Chile/Singapore

   ☒ **b.** CAP H-1B U.S. Master's Degree or Higher     ☐ **d.** CAP Exempt

2. If you answered **Item Number 1.b. "CAP H-1B U.S. Master's Degree or Higher,"** provide the following information regarding the master's or higher degree the beneficiary has earned from a U.S. institution as defined in 20 U.S.C. 1001(a):

   **a.** Name of the United States Institution of Higher Education

   | University of California, Los Angeles |

   **b.** Date Degree Awarded     **c.** Type of United States Degree

   | 06/14/2019 |          | Master of Architecture |

   **d.** Address of the United States institution of higher education

   Street Number and Name                          Apt. Ste. Flr.  Number

   | 330 De Neve Drive |          ☐ ☐ ☐   | |

   City or Town                                     State      ZIP Code

   | Los Angeles |          | CA |   | 90024 |

| Section 3.   Numerical Limitation Information (continued) |
|---|

3. If you answered **Item Number 1.d. "CAP Exempt,"** you must specify the reason(s) this petition is exempt from the numerical limitation for H-1B classification:

☐ **a.** The petitioner is an institution of higher education as defined in section 101(a) of the Higher Education Act, of 1965, 20 U.S.C. 1001(a).

☐ **b.** The petitioner is a nonprofit entity related to or affiliated with an institution of higher education as defined in 8 CFR 214.2(h)(8)(ii)(F)(2).

☐ **c.** The petitioner is a nonprofit research organization or a governmental research organization as defined in 8 CFR 214.2(h)(8)(ii)(F)(3).

☐ **d.** The beneficiary will be employed at a qualifying cap exempt institution, organization or entity pursuant to 8 CFR 214.2(h)(8)(ii)(F)(4).

☐ **e.** The petitioner is requesting an amendment to or extension of stay for the beneficiary's current H-1B classification.

☐ **f.** The beneficiary of this petition is a J-1 nonimmigrant physician who has received a waiver based on section 214(l) of the Act.

☐ **g.** The beneficiary of this petition has been counted against the cap and **(1)** is applying for the remaining portion of the 6 year period of admission, or **(2)** is seeking an extension beyond the 6-year limitation based upon sections 104(c) or 106(a) of the American Competitiveness in the Twenty-First Century Act (AC21).

☐ **h.** The petitioner is an employer subject to the Guam-CNMI cap exemption pursuant to Public Law 110-229.

| Section 4.   Off-Site Assignment of H-1B Beneficiaries |
|---|

1. The beneficiary of this petition will be assigned to work at an off-site location for all or part of the period for which H-1B classification sought.   ☐ Yes   ☒ No

    If no, do not complete **Item Numbers 2.** and **3.**

2. Placement of the beneficiary off-site during the period of employment will comply with the statutory and regulatory requirements of the H-1B nonimmigrant classification.   ☐ Yes   ☐ No

3. The beneficiary will be paid the higher of the prevailing or actual wage at any and all off-site locations.   ☐ Yes   ☐ No

D. An Approved Labor Condition Application

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**



*Please read and review the filing instructions carefully before completing the Form ETA- 9035 or 9035E.  A copy of the instructions can be found at http://www.foreignlaborcert.doleta.gov/.  In accordance with Federal Regulations at 20 CFR 655.730(b), incomplete or obviously inaccurate Labor Condition Applications (LCAs) will not be certified by the Department of Labor (DOL).  For all submissions, both electronic (Form ETA- 9035E) or paper (Form ETA- Form 9035 where the employer has notified DOL that it will submit this form non-electronically due to a disability or received permission from DOL to file non-electronically due to lack of Internet access), ALL required fields/items containing an asterisk (\*) must be completed as well as any fields/items where a response is conditional as indicated by the section (§) symbol.*

### A. Employment-Based Nonimmigrant Visa Information

| 1.  Indicate the type of visa classification supported by this application *(Write classification symbol)*: * | H-1B |
|---|---|

### B. Temporary Need Information

| 1.  Job Title *   Architectural Designer | | |
|---|---|---|
| 2.  SOC (ONET/OES) code * <br> 27-1029.00 | 3.  SOC (ONET/OES) occupation title * <br> Designers, All Other | |
| 4.  Is this a full-time position? * | **Period of Intended Employment** | |
| ☑ Yes   ☐ No | 5.  Begin Date * 10/1/2022 <br> *(mm/dd/yyyy)* | 6.  End Date * 9/30/2025 <br> *(mm/dd/yyyy)* |

7.  Worker positions needed/basis for the visa classification supported by this application

| 1 | **Total Worker Positions Being Requested for Certification *** |
|---|---|

Basis for the visa classification supported by this application
*(indicate total workers in each applicable category)*

| 1 | a. New employment * | 0 | d. New concurrent employment * |
|---|---|---|---|
| 0 | b. Continuation of previously approved employment without change with the same employer* | 0 | e. Change in employer * |
| 0 | c. Change in previously approved employment * | 0 | f. Amended petition * |

### C. Employer Information

| 1.  Legal business name * <br> TRIPALINK, CORP. | | |
|---|---|---|
| 2.  Trade name/Doing Business As (DBA), if applicable | | |
| 3.  Address 1 * <br> 800 South Harvard Blvd | | |
| 4.  Address 2 <br> Ste Office | | |
| 5.  City * <br> Los Angeles | 6.  State * <br> California | 7.  Postal code * <br> 90005 |
| 8.  Country * <br> United States Of America | 9.  Province | |
| 10.  Telephone number * <br> +1 (909) 715-3300 | 11.  Extension | |
| 12.  Federal Employer Identification Number (FEIN from IRS) * <br> 47-4593679 | 13.  NAICS code (must be at least 4-digits) * <br> 531110 | |

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
U.S. Department of Labor



### D. Employer Point of Contact Information

**Important Note:** The information contained in this Section must be that of an employee of the employer who is authorized to act on behalf of the employer in labor certification matters. The information in this Section must be different from the agent or attorney information listed in Section E, unless the attorney is an employee of the employer.

| 1. Contact's last (family) name * QI | 2. First (given) name * BIN | | 3. Middle name(s) |
|---|---|---|---|
| 4. Contact's job title * HR Director | | | |
| 5. Address 1 * 800 South Harvard Blvd | | | |
| 6. Address 2 Ste Office | | | |
| 7. City * Los Angeles | | 8. State * California | 9. Postal code * 90005 |
| 10. Country * United States Of America | | 11. Province | |
| 12. Telephone number * +1 (909) 715-3300 | 13. Extension | 14. E-Mail address xianhui.tripalink@gmail.com | |

### E. Attorney or Agent Information (If applicable)

**Important Note:** The employer authorizes the attorney or agent identified in this section to act on its behalf in connection with the filing of this application.

| 1. Is the employer represented by an attorney or agent in the filing of this application? * If "Yes," complete the remainder of Section E below. | | | | ☑ Yes   ☐ No |
|---|---|---|---|---|
| 2. Attorney or Agent's last (family) name § Pang | 3. First (given) name § Fei | | 4. Middle name(s) | |
| 5. Address 1 § 411 E Huntington Dr | | | | |
| 6. Address 2 Ste 206 | | | | |
| 7. City § Los Angeles | | 8. State § California | 9. Postal code § 91006 | |
| 10. Country § United States Of America | | 11. Province | | |
| 12. Telephone number § +1 (626) 838-6868 | 13. Extension | 14. E-Mail address fpang@panglawyer.com | | |
| 15. Law firm/Business name § Law Offices of Fei Pang | | 16. Law firm/Business FEIN § 61-1865890 | | |
| 17. State Bar number (only if attorney) § 251487 | | 18. State of highest court where attorney is in good standing (only if attorney) § California | | |
| 19. Name of the highest State court where attorney is in good standing (only if attorney) § Supreme Court of California | | | | |

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

**Labor Condition Application for Nonimmigrant Workers**
Form ETA-9035 & 9035E
**U.S. Department of Labor**



**F. Employment and Wage Information**

**Important Note**: The employer must define the intended place(s) of employment with as much geographic specificity as possible. Each intended place of employment listed below <u>must be the worksite or physical location where the work will actually be performed and cannot be a P.O. Box</u>. The employer <u>must</u> identify all intended places of employment, including those of short duration, on the LCA. 20 CFR 655.730(c)(5). If the employer is submitting this form non-electronically and the work is expected to be performed in more than one location, an attachment must be submitted in order to complete this section. An employer has the option to use either a single Form ETA-9035/9035E or multiple forms to disclose all intended places of employment. If the employer has more than ten (10) intended places of employment at the time of filing this application, the employer must file as many additional LCAs as are necessary to list all intended places of employment. See the form instructions for further information about identifying all intended places of employment.

**a. *Place of Employment Information* 1**

| | |
|---|---|
| 1. Enter the estimated number of workers that will perform work at this place of employment under the LCA.* | 1 |

| | |
|---|---|
| 2. Indicate whether the worker(s) subject to this LCA will be placed with a secondary entity at this place of employment. * | ☐ Yes ☑ No |

3. If "Yes" to question 2, provide the legal business name of the secondary entity. §

4. Address 1 *
800 South Harvard Blvd

5. Address 2
Ste Office

| | |
|---|---|
| 6. City * <br> Los Angeles | 7. County * <br> Los Angeles |
| 8. State/District/Territory * <br> California | 9. Postal code * <br> 90005 |

| | |
|---|---|
| 10. Wage Rate Paid to Nonimmigrant Workers * <br><br> From* $    62400 . 00    To: $      .    | 10a. Per: (Choose only one)* <br> ☐ Hour ☐ Week ☐ Bi-Weekly ☐ Month ☑ Year |
| 11. Prevailing Wage Rate * <br><br> $    50918 . 00 | 11a. Per: (Choose only one)* <br> ☐ Hour ☐ Week ☐ Bi-Weekly ☐ Month ☑ Year |

| **Questions 12-14. Identify the source used for the prevailing wage (PW)** *(check and fully complete only one):* * |||
|---|---|---|
| 12. ☐ | **A Prevailing Wage Determination (PWD) issued by the Department of Labor** | a. PWD tracking number § |
| 13. ☑ | **A PW obtained independently from the Occupational Employment Statistics (OES) Program** | |
| | a. Wage Level *(check one):* § <br> ☑ I    ☐ II    ☐ III    ☐ IV    ☐ N/A | b. Source Year § <br> 7/1/2021 - 6/30/2022 |
| 14. ☐ | **A PW obtained using another legitimate source (other than OES) or an independent authoritative source** | |
| | a. Source Type *(check one):* § <br> ☐ CBA    ☐ DBA    ☐ SCA    ☐ Other/ PW Survey | b. Source Year § |
| | c. If responded "Other/ PW Survey" in question 14.a, enter the name of the survey producer or publisher § | |
| | d. If responded "Other/ PW Survey" in question 14.a, enter the title or name of the PW survey § | |

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**



## G. Employer Labor Condition Statements

*Important Note:* In order for your application to be processed, you <u>MUST</u> read Section G of the Form ETA-9035CP - General Instructions for the 9035 & 9035E under the heading "Employer Labor Condition Statements" and agree to all four (4) labor condition statements summarized below:

(1) **Wages:** The employer shall pay nonimmigrant workers at least the prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time. The employer shall offer nonimmigrant workers benefits and eligibility for benefits provided as compensation for services on the same basis as the employer offers to U.S. workers. The employer shall not make deductions to recoup a business expense(s) of the employer including attorney fees and other costs connected to the performance of H-1B, H-1B1, or E-3 program functions which are required to be performed by the employer. This includes expenses related to the preparation and filing of this LCA and related visa petition information. 20 CFR 655.731;

(2) **Working Conditions:** The employer shall provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed. The employer's obligation regarding working conditions shall extend for the duration of the validity period of the certified LCA or the period during which the worker(s) working pursuant to this LCA is employed by the employer, whichever is longer. 20 CFR 655.732;

(3) **Strike, Lockout, or Work Stoppage:** At the time of filing this LCA, the employer is not involved in a strike, lockout, or work stoppage in the course of a labor dispute in the occupational classification in the area(s) of intended employment. The employer will notify the Department of Labor within 3 days of the occurrence of a strike or lockout in the occupation, and in that event the LCA will not be used to support a petition filing with the U.S. Citizenship and Immigration Services (USCIS) until the DOL Employment and Training Administration (ETA) determines that the strike or lockout has ended. 20 CFR 655.733; and

(4) **Notice:** Notice of the LCA filing was provided no more than 30 days before the filing of this LCA or will be provided on the day this LCA is filed to the bargaining representative in the occupation and area of intended employment, or if there is no bargaining representative, to workers in the occupation at the place(s) of employment either by electronic or physical posting. This notice was or will be posted for a total period of 10 days, except that if employees are provided individual direct notice by e-mail, notification need only be given once. A copy of the notice documentation will be maintained in the employer's public access file. A copy of this LCA will be provided to each nonimmigrant worker employed pursuant to the LCA. The employer shall, no later than the date the worker(s) report to work at the place(s) of employment, provide a signed copy of the certified LCA to the worker(s) working pursuant to this LCA. 20 CFR 655.734.

| 1. **I have read and agree to** Labor Condition Statements 1, 2, 3, and 4 above and as fully explained in Section G of the Form ETA-9035CP – General Instructions for the 9035 & 9035E and the Department's regulations at 20 CFR 655 Subpart H. * | ☑ Yes ☐ No |
|---|---|

## H. Additional Employer Labor Condition Statements –H-1B Employers ONLY

*Important Note:* In order for your H-1B application to be processed, you <u>MUST</u> read Section H – Subsection 1 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E under the heading "Additional Employer Labor Condition Statements" and answer the questions below.

### a. Subsection 1

| 1. At the time of filing this LCA, is the employer H-1B dependent? § | | ☑ Yes ☐ No |
|---|---|---|
| 2. At the time of filing this LCA, is the employer a willful violator? § | | ☐ Yes ☑ No |
| 3. If "Yes" is marked in questions H.1 and/or H.2, you must answer "Yes" or "No" regarding whether the employer will use this application ONLY to support H-1B petitions or extensions of status for exempt H-1B nonimmigrant workers? § | | ☑ Yes ☐ No |
| 4. If "Yes" is marked in question H.3, identify the statutory basis for the exemption of the H-1B nonimmigrant workers associated with this LCA. § | ☐ $60,000 or higher annual wage<br>☐ Master's Degree or higher in related specialty<br>☑ Both | |
| **H-1B Dependent or Willful Violator Employers -Master's Degree or Higher Exemptions ONLY** | | |
| 5. Indicate whether a completed Appendix A is attached to this LCA covering any H-1B nonimmigrant worker for whom the statutory exemption will be based ONLY on attainment of a Master's Degree or higher in related specialty. § | | ☐ Yes ☐ No ☑ N/A |

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

**Labor Condition Application for Nonimmigrant Workers**
**Form ETA-9035 & 9035E**
**U.S. Department of Labor**



If you marked "Yes" to questions H.a.1 (H-1B dependent) and/or H.a.2 (H-1B willful violator) and "No" to question H.a.3 (exempt H-1B nonimmigrant workers), you **MUST** read Section H – Subsection 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E under the heading "Additional Employer Labor Condition Statements" and indicate your agreement to all three (3) additional statements summarized below.

*b. Subsection 2*

    A. **Displacement:** An H-1B dependent or willful violator employer is prohibited from displacing a U.S. worker in its own workforce within the period beginning 90 days before and ending 90 days after the date of filing of the visa petition. 20 CFR 655.738(c);

    B. **Secondary Displacement:** An H-1B dependent or willful violator employer is prohibited from placing an H-1B nonimmigrant worker(s) with another/secondary employer where there are indicia of an employment relationship between the nonimmigrant worker(s) and that other/secondary employer (thus possibly affecting the jobs of U.S. workers employed by that other employer), unless and until the employer subject to this LCA makes the inquiries and/or receives the information set forth in 20 CFR 655.738(d)(5) concerning that other/secondary employer's displacement of similarly employed U.S. workers in its workforce within the period beginning 90 days before and ending 90 days after the date of such placement. 20 CFR 655.738(d). Even if the required inquiry of the secondary employer is made, the H-1B dependent or willful violator employer will be subject to a finding of a violation of the secondary displacement prohibition if the secondary employer, in fact, displaces any U.S. worker(s) during the applicable time period; and

    C. **Recruitment and Hiring:** Prior to filing this LCA or any petition or request for extension of status for nonimmigrant worker(s) supported by this LCA, the H-1B dependent or willful violator employer must take good faith steps to recruit U.S. workers for the job(s) using procedures that meet industry-wide standards and offer compensation that is at least as great as the required wage to be paid to the nonimmigrant worker(s) pursuant to 20 CFR 655.731(a). The employer must offer the job(s) to any U.S. worker who applies and is equally or better qualified for the job than the nonimmigrant worker. 20 CFR 655.739.

| 6. **I have read and agree** to Additional Employer Labor Condition Statements A, B, and C above and as fully explained in Section H – Subsections 1 and 2 of the Form ETA 9035CP – General Instructions for the 9035 & 9035E and the Department's regulations at 20 CFR 655 Subpart H. § | ☐ Yes ☐ No |
|---|---|

**I. Public Disclosure Information**

❕ **Important Note:** You must select one or both of the options listed in this Section.

| 1. Public disclosure information in the United States will be kept at: * | ☑ Employer's principal place of business<br>☑ Place of employment |
|---|---|

**J. Notice of Obligations**

    A. Upon receipt of the certified LCA, the employer must take the following actions:

        o   Print and sign a hard copy of the LCA if filing electronically (20 CFR 655.730(c)(3));
        o   Maintain the original signed and certified LCA in the employer's files (20 CFR 655.705(c)(2); 20 CFR 655.730(c)(3); and 20 CFR 655.760); and
        o   Make a copy of the LCA, as well as necessary supporting documentation required by the Department of Labor regulations, available for public examination in a public access file at the employer's principal place of business in the U.S. or at the place of employment within one working day after the date on which the LCA is filed with the Department of Labor (20 CFR 655.705(c)(2) and 20 CFR 655.760).

    B. The employer must develop sufficient documentation to meet its burden of proof with respect to the validity of the statements made in its LCA and the accuracy of information provided, in the event that such statement or information is challenged (20 CFR 655.705(c)(5) and 20 CFR 655.700(d)(4)(iv)).

    C. The employer must make this LCA, supporting documentation, and other records available to officials of the Department of Labor upon request during any investigation under the Immigration and Nationality Act (20 CFR 655.760 and 20 CFR Subpart I).

*I declare under penalty of perjury that I have read and reviewed this application and that to the best of my knowledge, the information contained therein is true and accurate. I understand that to knowingly furnish materially false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both (18 U.S.C. 2, 1001,1546,1621).*

| 1. Last (family) name of hiring or designated official *<br>QI | 2. First (given) name of hiring or designated official *<br>BIN | 3. Middle initial § |
|---|---|---|
| 4. Hiring or designated official title *<br>HR Director | | |
| 5. Signature * | 6. Date signed * | |

        **FOR DEPARTMENT OF LABOR USE ONLY**        

Case Number: I-200-22126-146179    Case Status: Certified    Period of Employment: 10/1/2022 _to_ 9/30/2025

OMB Approval: 1205-0310
Expiration Date: 12/31/2024

Labor Condition Application for Nonimmigrant Workers
Form ETA-9035 & 9035E
**U.S. Department of Labor**



### K.  LCA Preparer

**Important Note**: Complete this section if the preparer of this LCA is a person other than the one identified in either Section D (employer point of contact) or E (attorney or agent) of this application.

| 1.  Last (family) name § | 2.  First (given) name § | 3.  Middle initial |
|---|---|---|
| 4.  Firm/Business name § | | |
| 5.  E-Mail address § | | |

### L.  U.S. Government Agency Use (ONLY)

By virtue of the signature below, the Department of Labor hereby acknowledges the following:

This certification is valid from  10/1/2022  to  9/30/2025  .

*Certifying Officer*                                     5/13/2022

Department of Labor, Office of Foreign Labor Certification          Certification Date (date signed)

I-200-22126-146179                                      Certified

Case number                                             Case Status

*The Department of Labor is not the guarantor of the accuracy, truthfulness, or adequacy of a certified LCA.*

### M.  Signature Notification and Complaints

The signatures and dates signed on this form will not be filled out when electronically submitting to the Department of Labor for processing, but **MUST** be complete when submitting non-electronically.  If the application is submitted electronically, any resulting certification **MUST** be signed *immediately upon receipt* from DOL before it can be submitted to USCIS for final processing.

Complaints alleging misrepresentation of material facts in the LCA and/or failure to comply with the terms of the LCA may be filed using the WH-4 Form with any office of the Wage and Hour Division, U.S. Department of Labor.  A listing of the Wage and Hour Division offices can be obtained at www.dol.gov/whd.  Complaints alleging failure to offer employment to an equally or better qualified U.S. worker, or an employer's misrepresentation regarding such offer(s) of employment, may be filed with the U.S. Department of Justice, Civil Rights Division, Immigrant and Employee Rights Section, 950 Pennsylvania Avenue, NW, # IER, NYA 9000, Washington, DC, 20530, and additional information can be obtained at www.justice.gov.  Please note that complaints should be filed with the Civil Rights Division, Immigrant and Employee Rights Section at the Department of Justice only if the violation is by an employer who is H-1B dependent or a willful violator as defined in 20 CFR 655.710(b) and 655.734(a)(1)(ii).

**For public burden statement information, please see Form ETA-9035CP General Instructions.**

E.  Petitioner's Letter in Support of the Petition

## T̄ TRIPALI∨K

May 27, 2022

USCIS California Service Center
Attn: I-129 H-1B Cap Subject
P.O. Box 10130
Laguna Niguel, CA 92607-1012

### *I-129 Petition for a <u>Nonimmigrant Worker, H-1B Classification (Cap Subject)</u>*

Petitioner:   **Tripalink, Corp.**

Beneficiary:   **Mr. Peng ZHANG**

Dear Immigration Officer:

This letter is respectfully submitted in support of the H-1B petition to classify Mr. Peng Zhang ("Beneficiary" or "Mr. Zhang") as an H-1B nonimmigrant worker on a full-time basis performing a specialty occupation as a **Architectural Designer** for **Tripalink, Corp.** Mr. Zhang will work full time with $62,400 annual payment for his valuable services. The intended period of H-1B employment is approximately three years starting from October 1, 2022 to September 30, 2025.

#### THE PETITIONER

Tripalink, Corp. is a Los Angeles, California based startup company focusing on building co-living communities for millennials, especially for college students, international students, and early-career professionals. Since the establishment in 2016, our company started from Southern California and has expanded to serve more than 6,000 customers in seven major U.S. cities. We have two types of housing products, including "U Living" (co-living housing and standard apartments based on master lease and property management model) and "V Living" (our self-developed co-living housing). For co-living housing, we provide our customers with fully furnished units, private bedroom and bathroom, centralized kitchen and common space, all-inclusive utilities, and access to diverse community events and experiences.

800 S Harvard Blvd, Ste Office, Tripalink Corp., Los Angeles, CA 90005
www.tripalink.com



## ⫟ TRIPALIⵏK

Our company has been at the leading position in the emerging co-living real estate industry in the United States. In 2020, our company was ranked among the top four co-living companies in the U.S. by Crunchbase, the leading American tech company information and review platform.  Our company is also one of the only two co-living companies that has a full stack (underline-developer-owner-operator) business model in the industry.

Despite the Covid-19 pandemic and the accompanying trends of work from home and online learning in 2020, our creative, comfortable, and cost-effective co-living housing delivers strong privacy and functionality into the modern living and maintains a high occupancy rate of 98%. Our housing products are very appealing to college students who prefer to live near campus and young professionals who needs a comfortable living space to work remotely.

In 2020, our company generated more than $20 million revenues in total, an annual increase of 123% from past year, and gained $ 6 million in profits. Due to the extraordinary success and performance of our co-living business, we have been approached by other major co-living companies such as WeLive (subsidiary of WeWork), Ollie, and Bungalow, for acquisitions of their co-living businesses and properties.

Our company has been profitable since the year it was founded. In addition to the abundant revenues generated by our business operations, our company is also a top-funded co-living company in the U.S. In the latest funding round completed in September 2021, our company has raised $30 million investment fund. In August 2019, our company raised $10 million at a $100 million valuation. We are using the funding to upgrade our products and services as well as expanding our company's national market share and professional workforce. Our innovative co-living space and services have expanded from Los Angeles to other major cities including Seattle, Philadelphia, Pittsburgh, Tucson, Austin, Irvine, San Francisco, San Diego etc. and we currently have more than 100 employees.

800 S Harvard Blvd, Ste Office, Tripalink Corp., Los Angeles, CA 90005
www.tripalink.com



# ᴛ TRIPALIΝK

In addition to master leasing and property management, our company owns and independently develops our own co-living housing, V Living, with innovative and sustainable design, construction, and smart technologies. In our V-Living property, we have large shared functional areas including meeting rooms, study rooms, conference rooms on the top floor. Each private room has a separate bathroom and is equipped with smart hardware such as fingerprint recognition access control and intelligent room temperature system.

For more information about our company, please visit our company website www.tripalink.com

## **The Offered Position**

Due to the rapid development of our business, especially our self-built V Living projects and its design demands for innovative and unique co-living space that provide modern, comfortable, and convenient living, working, and community experience for our tenant members, we urgently need the professional service of an **Architectural Designer** to design our V-living buildings that meet or exceed the rigorous requirements of safety standards and government regulations while expand our design options for co-living housing. The Architectural Designer will perform the following three major areas of duties:

### *Project Schematic Layout Design (50% of the time):*

1) Research local zoning rules and compliance regulations to ensure that schematic layout design and blueprints meet the required codes and legal standards and keep up to date with the latest legal requirements and changes in compliance standards;

2) Prepare information regarding design, structural specifications, materials selection, estimated costs, and construction timeline to support company management and analysis teams to generate project business models;



## ╦ TRIPALIΛK

3) Research and propose co-living design options and ideas and collaborate with design team members to achieve the best possible layouts that emphasize privacy, functionality, easy access to community experience, and environmental consciousness for our co-living housing products;

4) Use Auto CAD and Revit to create drawings of floor plan, site plan, roof plan, and 3D model of our co-living structures;

5) Present the design options to senior management and have internal meetings to determine the best options, modify and update designs based on review comments, and finalize the schematic layout design;

6) Research and update existing design techniques, building construction methods, and materials with respect to the latest design trends;

7) Manage and execute design development and permitting process in a timely manner;

*Project Exterior Design (30% of the time):*

8) Using Revit, Rhino, and other software to make 3D detailed model of the building facade to showcase the co-living concept and functions;

9) Research and explore the use of new materials, technologies, and products to incorporate into the exterior design and determine the material and color of the building exterior to highlight Tripalink co-living brand image;

10) Use Adobe Suite and other software to graphically design the perspective view of the building exterior and present to the management team;

800 S Harvard Blvd, Ste Office, Tripalink Corp., Los Angeles, CA 90005
www.tripalink.com



# ᴛ TRIPALINK

11) Estimate the cost for management review and regularly meet structural engineers to solve issues in various design phases;

*Project Interior Design (20% of the time):*

12) Research and determine co-living interior design factors such as space planning, layout, use of furniture, and color coordination;

13) Use Auto CAD, Revit to design the interior layout of co-living projects including its common place to display the co-living concept and optimize its functions;

14) Research and select artwork, accessories, carpeting, fixtures, draperies, paint and wall coverings, and related items for co-living interior design and estimate the cost for management review.

15) Use Adobe Suite and other software to graphically design the perspective view of the interior and present to the management team.

As the **Architectural Designer** position at Tripalink involves complex architectural design tasks, the job candidate must have at least a bachelor's degree in Architecture. The candidate must have highly specialized knowledge of principles and methods for architectural design to undertake comprehensive design assignments, solve complicated design issues, and collaborate with development team to deliver excellent co-living housing products for our tenant members. Our hiring standard is in line with the industry's common practices. This minimum requirement for the offered position clearly marks it as a specialty occupation that requires a person of distinguished merits and abilities.

800 S Harvard Blvd, Ste Office, Tripalink Corp., Los Angeles, CA 90005
www.tripalink.com



5

## 〒 TRIPALINK

### THE BENEFICIARY

Mr. Peng Zhang, the Beneficiary of this H1B petition, is highly qualified for this position. Mr. Zhang obtained a Master of Architecture, from University of California at Los Angeles, and Bachelor of Architecture from Xi'an University of Architecture and Technology, which trained his highly specialized knowledge and skills in architectural design, such as studio design, a co-living design option Tripalink has been exploring to adapt to the remote working trend,  and architectural urban design, which specifically suit Tripalink's design demand for urban living.

Beside his solid academic background, Mr. Peng Zhang's previous highly relevant work experience also benefits us a lot. He worked as an architectural designer from 2016 to 2017 in Sanmenxia City Planning and Surveying Design Institute, a large architectural and urban planning firm in China. During that time, he was in charge of researching and presenting design options, and using Auto CAD and Revit to create layouts, floor plans and 3D renderings for multiple large scale urban residential projects and contributed to develop co-living residential projects. He was also a team leader to participate in the 2016 Tokyo housing workshop and successfully led the team to complete a renovation conceptual design of an old residential community, which showcased his highly professional skill in old residential housing renovation and design.

In fact, he has been working for us as an architectural designer since 2019, using his OPT and STEM OPT work authorization. He provided us professional services of zoning analysis, feasibility study to support project business model building, design floor plan, site plan, roof plan, create 3D renderings, interior renderings, and manage the project design development process. We are very satisfied with his performance in our company.

.



# ⫟ TRIPALIΝK

He possesses all of the knowledge and skills required for this position. Mr. Zhang's solid academic training and relevant experience obviously qualify him for the position offered by our company. He is one of the indispensable members of our booming business. Therefore, we have enthusiastically decided to sponsor the H-1B for him.

## CONDITIONS OF EMPLOYMENT

We understand the nature of the H-1B status we seek for Mr. Zhang. We will fully comply with terms of the Labor Condition Application and all of the regulations regarding employment of individuals in H-1B status in the U.S. We confirm that in the event that Mr. Zhang is dismissed from our company before the end of his period of authorized employment, we will be responsible for the reasonable cost of his return abroad if he so chooses.

Based on the foregoing information, it is respectfully requested that the attached petition be adjudicated favorably. We thank you for your prompt consideration on the petition.

Sincerely yours,

Bin Qi

HR Director

Tripalink, Corp.

800 S Harvard Blvd, Ste Office, Tripalink Corp., Los Angeles, CA 90005
www.tripalink.com

7

F. Petitioner's Offer Letter

# ᗯ TRIPALIᘉK

March 1, 2022

Mr. Peng Zhang

Dear Mr. Zhang,

Tripalink, Corp. is pleased to offer you the full-time position of Architectural Designer. Your highly specialized skills and experience in Architecture will be an ideal fit for our company.

As we discussed, your starting date will be October 1, 2022. The initial employment term will be from October 1, 2022 to September 30, 2025. The starting salary is $62,400 per year, and is paid on a biweekly basis.

Your general job duties would be as follows:
- Project Schematic Layout Design (50% of the time)
- Project Exterior Design (30% of the time)
- Project Interior Design (20% of the time)

Please let me know if you have any questions or I can provide any additional information.

Sincerely,

Bin Qi

HR Director

Tripalink, Corp.

G. Petitioner's Organization Chart
showing H1B beneficiary's position



TRIPALINK CORP